IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DREKIAN DOWDELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER BRUCE and ) <br> OFFICER JILES, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:16cv772-MHT <br> (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that the defendants violated his constitutional rights by searching him and imposing a disciplinary action against him for unauthorized possession of a cell phone. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted to the extent that plaintiff's claims be dismissed without prejudice pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), and its progeny. There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of February, 2018.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**