IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DREKIAN DOWDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv772-MHT |
| ) | (WO) |
| OFFICER BRUCE and ) | |
| OFFICER JILES, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 56) is adopted.

(2) Defendants' motion for summary judgment (doc. no. 52) is granted to the extent that that plaintiff's claims are dismissed without prejudice pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), and its progeny.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of February, 2018.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE